IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| CUSHMIR MCBRIDE | : | No. 21-173 |

## ORDER

AND NOW, this 18 day of May 2023, upon consideration of Mr. McBride's Motion to Dismiss for Lack of Venue (Doc. No. 99) and the Government's Response (Doc. No. 102), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the Motion (Doc. No. 99) is **GRANTED** in part and **DENIED** in part. Count Five of the indictment is dismissed without prejudice, and Mr. McBride's request to dismiss specific overt acts referenced in Count One of the indictment is denied.

BY THE COURT:

_____
GENE E.K. PRATTER
United States District Judge

1